

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00278-CV

---

Michelle Ares f/k/a Maria Ramirez, Appellant

v.

Aerotek, Inc., and Schneider Electric USA, Inc. d/b/a Schneider Electric, Appellees

---

On Appeal from the 41st District Court
El Paso County, Texas
Trial Court No. 2019DCV3145

---

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. Finding that the clerk's record has not been filed because Appellant, Michelle Ares f/k/a/ Maria Ramirez, has not made arrangements to pay for the clerk's record, we dismiss the appeal for want of prosecution.

On November 24, 2025, the Clerk of this Court notified Appellant that if she did not provide documentation by December 4, 2025, showing that arrangements had been made to pay for the clerk's record, this appeal could be dismissed for want of prosecution. Appellant responded and moved for an extension of time to pay for the clerk's record. This Court granted the motion and ordered Appellant to provide documentation no later than December 16, 2025.

On December 17, 2025, the district clerk notified this office that no payment has been received, and Appellant has not filed documentation explaining the failure. We conclude that the clerk's record has not been filed due to the fault of Appellant, and we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b) (authorizing an appellate court to dismiss an appeal for want of prosecution if no clerk's record has been filed due to the fault of appellant).

MARIA SALAS MENDOZA, Chief Justice

December 23, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

2